No. 18,326.

THE YOUNG MEN'S CHRISTIAN ASSOCIATION OF SALINA,
*Appellee,* v. A. H. RITTER et al., Partners, etc., et al.
(THE UNITED STATES FIDELITY AND GUARANTY COM-
PANY, *Appellant*).

OPINION ON REHEARING.

Appeal from Saline district court; DALLAS GROVER,
judge.  Opinion on rehearing filed May 9, 1914.  Re-
versed and remanded.  (For original opinion of re-
versal see 90 Kan. 332, 133 Pac. 894.)

*Z. C. Millikin,* of Salina, for the appellant.

*C. W. Burch, B. I. Litowich,* and *W. B. Crowther,* all
of Salina, for the appellee.

*Per Curiam:* In the former opinion in this case (*The Y. M.
C. A. v. Ritter,* 90 Kan. 332, 133 Pac. 894) the judgment was
reversed and the cause remanded with directions to render judg-
ment for the appellant because of the failure of the Association,
the owner of the building, to retain the required percentage of
the estimates for work and labor furnished until notice to and
consent of the surety company.  A rehearing was granted on the
sole question of whether or not the failure to retain the required
percentage caused any loss to the appellant.  We find it impossi-
ble to determine this from the state of the record.  The trial
court adopted plaintiff's theory of the case, which was that the
contract and bond did not require the retention of 20 per cent of
the estimates, and submitted the case to the jury upon that
theory.  We construe the contract differently, and adhere to what
was said in the former opinion, but in view of the fact that the
case was tried upon the wrong theory, the judgment will be re-
versed and remanded with directions to find the amount of each
estimate and the payments thereon, and the amount retained in
the hands of the Association, and to find whether or not the
surety company lost by reason of the failure to comply with this
provision of the contract and bond.  The appellant is only enti-
tled to defend the action to the extent it has been injured, if any,
by such failure.

None of the other questions discussed in the original briefs
or in the briefs on rehearing is to be retried.